IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLANCHE A. BROWN, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 15-1593 |
| JENNA MERCADANTE, et al., | : | |
|     Defendants. | : | |
| | : | |

| | | |
|---|---|---|
| BLANCHE A. BROWN, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 15-5178 |
| UNITED STATES OF AMERICA | : | |
| (COATESVILLE VA MEDICAL CENTER) | : | |
|     Defendant. | : | |
| | : | |

**ORDER**

**AND NOW,** this __6th__ day of April, 2016, upon consideration of Defendants Jenna Mercadante, Ira Kedson, Bernadette Hayburn, Kristin Sudol, Edward Moon, and Stephen Cavicchia's ("Individual Defendants'") Motion to Dismiss Plaintiff's Complaint (Doc. 10), Plaintiff Blanche A. Brown's Response in Opposition (Doc. 14), Plaintiff's "Motion for Request for Court Review of Defendant's Certification of 'Scope of Employment' Immunity" (Docs. 8, 12), Defendants' Response in Opposition (Doc. 15), and Plaintiff's Reply (Doc. 17), **IT IS HEREBY ORDERED** as follows:

1. The Individual Defendants' motion is **GRANTED** and all claims against them are **DISMISSED WITH PREJUDICE**; and

2. Plaintiff's motion is **DENIED.**

**IT IS FURTHER ORDERED** that, upon consideration of Defendant United States of America's ("Government's") Motion to Dismiss Plaintiff's Amended Complaint (Doc. 19) and Plaintiff's Response in Opposition (Doc. 20), **IT IS HEREBY ORDERED AND DECREED** that the Government's motion is **GRANTED** and all claims against the Government are **DISMISSED WITH PREJUDICE.**[1]

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

**BY THE COURT:**

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.C.J.**

---

[1] This Order accompanies the Court's Memorandum dated April 6, 2016.