**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BLANCHE A. BROWN, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 15-1593 |
| JENNA MERCADANTE, *et al.*, | : |

## ORDER

**AND NOW**, this <u>20th</u> day of August 2023, the Court having previously entered an Order to Show Cause as to why Plaintiff's pattern of conduct does not justify a tailored pre-filing injunction, and the Court having considered Plaintiff's filing in response thereto (ECF No. 90), it is **ORDERED** that the Clerk of Court **SHALL NOT ACCEPT** any of Plaintiff Blanche Brown's further filings in this matter without prior approval of this Court.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**